UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | AMENDED ORDER |
| - against - | CR 20-0249 (BMC) |
| GREGORY ALTIERI, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of Assistant United States Attorney Lindsay K. Gerdes, for an order unsealing the indictment and above-captioned case as to defendant Gregory Altieri, it is ordered that the indictment and case be unsealed in its entirety.

.

Dated: July 14, 2020
Brooklyn, New York

_____
HONORABLE JAMES ORENSTEIN
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF NEW YORK